IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:12-CV-108-F

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT |
| DONALD BROOKS REECE, | ) | |
| Defendant. | ) | |

It appearing to the Court that the parties to this action have entered into a settlement of this matter, a Settlement Agreement having been filed with the Court on July 5, 2012, and such agreement being acceptable to the Court, it is hereby

ORDERED that the Settlement Agreement is approved. In accordance with the agreement,

JUDGMENT for the United States of America in the amount of Twenty-Five Thousand Dollars ($25,000.00) is entered against Donald Brooks Reece. The Judgment will bear interest at the current post-judgment interest rate of .20% per annum.

SO ORDERED this 16th day of July, 2012.

_____
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE